IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JESSE WAYNE REID Jr.,**

        Plaintiff,

   v.

**RAY MABUS,** *et al,*

        Defendants.

**Civ. No. 6:15-cv-1556-TC**

OPINION and ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 7), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude it is correct.

1 – OPINION AND ORDER

THEREFORE, IT IS HEREBY ORDERED that, Magistrate Judge Coffin's Findings and Recommendation (ECF No. 7) is adopted in its entirety, and this action is **DISMISSED with prejudice** on the basis that it is frivolous.  See 28 U.S.C. § 1915(d).

IT IS SO ORDERED.

DATED this 19th day of January, 2016.

       **/s/ Michael J. McShane**
Michael J. McShane
United States District Judge

2 – OPINION AND ORDER